CADES SCHUTTE
A Limited Liability Law Partnership

CALVERT G. CHIPCHASE       7757
LISA K. SWARTZFAGER         10867
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email: cchipchase@cades.com
       lswartzfager@cades.com

Attorneys for Plaintiffs
HELICOPTER ASSOCIATION
INTERNATIONAL and SAFARI
AVIATION, INC. d/b/a SAFARI
HELICOPTERS HAWAI'I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HELICOPTER ASSOCIATION INTERNATIONAL and SAFARI AVIATION, INC. d/b/a SAFARI HELICOPTERS HAWAI'I,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>STATE OF HAWAI'I; DEPARTMENT OF TRANSPORTATION, STATE OF HAWAI'I; EDWIN SNIFFEN, in his official capacity as Director of the Hawai'i Department of Transportation; and JOSH GREEN, M.D., in his official capacity as Governor,<br><br>　　　　　　Defendants. | CIVIL NO. 1:23-cv-00083-LEK-WRP<br><br>**STIPULATION AND ORDER; EXHIBITS 1-2**<br><br><br><br><br><br><br>No Trial Date Set. |

## STIPULATION AND ORDER

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs HELICOPTER ASSOCIATION INTERNATIONAL and SAFARI AVIATION, INC., d/b/a SAFARI HELICOPTERS HAWAIʻI ("**Plaintiffs**"), and Defendants STATE OF HAWAIʻI; DEPARTMENT OF TRANSPORTATION, STATE OF HAWAIʻI; EDWIN SNIFFEN, in his official capacity as Director of the Hawaiʻi Department of Transportation; and JOSH GREEN, M.D., in his official capacity as Governor, ("**Defendants**") (collectively, the "**Parties**"), hereby stipulate as follows:

Plaintiffs shall file the First Amended Complaint set forth in Exhibit 1. Also attached hereto as Exhibit 2 is the proposed First Amended Complaint in Ramseyer formatting.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, that Plaintiffs may file the First Amended Complaint attached hereto as Exhibit 1. This stipulation shall not be construed as a waiver of any defenses by Defendants, including but not limited to sovereign immunity and Eleventh Amendment immunity, all of which are expressly reserved, nor shall this stipulation be construed as a consent to suit or agreement to litigate in this forum.

DATED: Honolulu, Hawaiʻi, May 3, 2023.

        CADES SCHUTTE
        A Limited Liability Law Partnership

        */s/ Lisa K. Swartzfager*
        LISA K. SWARTZFAGER
        CALVERT G. CHIPCHASE
        Attorneys for Plaintiffs
        HELICOPTER ASSOCIATION INTERNATIONAL and SAFARI AVIATION, INC. d/b/a SAFARI HELICOPTERS HAWAIʻI

DATED: Honolulu, Hawaiʻi, May 3, 2023.    DEPARMENT OF THE ATTORNEY GENERAL, State of Hawai'i

        */s/ Catherine Goodwin*
        PATRICK K. KELLY
        CATHERINE GOODWIN
        NICHOLAS M. MCLEAN
        Deputy Attorneys General

        Attorneys for Defendants
        STATE OF HAWAI'I; DEPARTMENT OF TRANSPORTATION, STATE OF HAWAII; EDWIN SNIFFEN, in his capacity as Director of the Hawai'i Department of Transportation; and JOSH GREEN, M.D., in his official capacity as Governor of the State of Hawai'i

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*Helicopter Association International, et al. v. State of Hawaii, et al.*; Civil No. 1:23-cv-00083-LEK-WRP; **STIPULATION AND ORDER**