ANNE E. LOPEZ                   7609
Attorney General of Hawaiʻi

PATRICK K. KELLY                7290
STUART N. FUJIOKA               4223
Deputy Attorneys General
Dept. of the Attorney General
465 S. King Street, Suite 300
Honolulu, Hawaiʻi  96813
Telephone:  (808) 587-2992
Email:  patrick.k.kelly@hawaii.gov
        stuart.n.fujioka@hawaii.gov

Attorneys for Defendants
STATE OF HAWAIʻI; DEPARTMENT OF
TRANSPORTATION, STATE OF
HAWAIʻI; and EDWIN SNIFFEN, in his official
capacity as Director of the Department of
Transportation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HELICOPTER ASSOCIATION INTERNATIONAL, SAFARI AVIATION, INC. d/b/a SAFARI HELICOPTERS HAWAIʻI,<br><br>          Plaintiff,<br><br>     v.<br><br>STATE OF HAWAIʻI; DEPARTMENT OF TRANSPORTATION, STATE OF HAWAIʻI; EDWIN SNIFFEN, in his official capacity as Director of | CIVIL NO. 1:23-CV-00083-LEK-WRP<br><br>DEFENDANT EDWIN SNIFFEN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; CERTIFICATE OF SERVICE<br><br>Judge:<br>Hon. Leslie E. Kobayashi<br><br>Magistrate Judge:<br>Hon. Wes Reber Porter |

Hawaiʻi Department of Transportation,

        Defendants.

DEFENDANT EDWIN SNIFFEN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant EDWIN SNIFFEN, in his official capacity as Director of the Hawaii Department of Transportation (Defendant), answers Plaintiffs' First Amended Complaint filed May 8, 2023 ("FAC") as follows:

FIRST DEFENSE

The FAC fails to state a claim upon which relief can be granted.

SECOND DEFENSE

**Nature of the Case**

1. In response to the allegations contained in paragraphs 1, 2, 3, 9, 10 and 11 of the FAC, Plaintiffs state legal conclusions which require no response. To the extent that a response is required, these allegations are denied.

2. Defendant denies the allegations contained in paragraph 4, 5, 6, 7 and 8 of the FAC.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraphs 12 and 13 of the FAC and accordingly denies same.

## Parties

4. Defendant admits the allegations contained in paragraphs 16, 17 and 18 of the FAC.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraphs 14 and 15 of the FAC and accordingly denies same.

## Jurisdiction and Venue

6. In response to the allegations contained in paragraph 19 of the FAC, Plaintiffs state legal conclusions which require no response. To the extent that a response is required, these allegations are denied.

7. In response to the allegations contained in paragraph 20 of the FAC, Defendant admits his residency and is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and accordingly denies same.

## Factual Allegations

8. In response to the allegations contained in paragraphs 24, 26, 27, 29, 30, 31, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 53, 54, 60, 65, 66, 67, 68, 69,

71, 72, 74, 75, 76, 77, 80, 81, 82, 83, 85, 86, 87, 88, 89, 90, 92, 93, 94 and 99 of the FAC, Plaintiffs state legal conclusions which require no response. To the extent that a response is required, these allegations are denied.

9. Defendant admits the allegations contained in paragraph 21 of the FAC.

10. Defendant denies the allegations contained in paragraphs 23, 25, 32, 52, 55, 73 and 91 of the FAC.

11. In response to the allegations contained in paragraph 22 of the FAC, Defendant admits that the paragraph accurately quotes a portion of a statement attributed to the Governor, and is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and accordingly denies same.

12. In response to the allegations contained in paragraph 70 of the FAC, Defendant admits that the State of Hawaii owns airports and is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and accordingly denies same.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraphs 28, 33, 34, 35, 36, 37 38, 39, 56, 57, 58, 59, 61, 62, 63 64, 78, 79, 84, 95, 96 and 97 of the FAC and accordingly denies same.

14. In response to the allegations contained in paragraph 98 of the FAC, the document speaks for itself.

## Count I

15. In response to paragraph 100 of the FAC, Defendant incorporates by reference his responses to paragraphs 1-99 of the FAC.

16. In response to the allegations contained in paragraphs 101 and 104 of the FAC, Plaintiffs state legal conclusions which require no response. To the extent that a response is required, these allegations are denied.

17. Defendant denies the allegations contained in paragraphs 102, 103, 105, 107 and 108 of the FAC.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 106 of the FAC and accordingly denies same.

## Count II

19. In response to paragraph 109 of the FAC, Defendant incorporates by reference his responses to paragraphs 1-108 of the FAC.

20. In response to the allegations contained in paragraphs 110, 111 and 112 of the FAC, Plaintiffs state legal conclusions which require no response. To the extent that a response is required, these allegations are denied.

21. Defendant denies the allegations contained in Paragraphs 113, 115 and 116 of the FAC.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 114 of the FAC and accordingly denies same.

### Count III

23. In response to paragraph 117 of the FAC, Defendant incorporates by reference his responses to paragraphs 1-116 of the FAC.

24. In response to the allegations contained in paragraphs 118, 119, 120 and 121 of the FAC, Plaintiffs state legal conclusions which require no response. To the extent that a response is required, these allegations are denied.

25. Defendant denies the allegations contained in paragraphs 123, 124, 125 and 126 of the FAC.

26. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 122 of the FAC and accordingly denies same.

### Count IV

27. In response to paragraph 127 of the FAC, Defendant incorporates by reference his responses to paragraphs 1-126 of the FAC.

28. In response to the allegations contained in paragraphs 128, 129, 130 and 131 of the FAC, Plaintiffs state legal conclusions which require no response. To the extent that a response is required, these allegations are denied.

29. Defendant denies the allegations contained in paragraphs 132, 133 and 134 of the FAC.

## Count V

30. Pursuant to the Court's "Order Granting in Part and Denying in Part Defendant's Motion to Dismiss" filed on October 17, 2023 (Document 30), this count was dismissed with prejudice and Defendant makes no response to paragraphs 135-142 of the FAC.

## THIRD DEFENSE

This Court lacks subject matter jurisdiction over the claims alleged in the FAC.

## FOURTH DEFENSE

Plaintiffs lack standing to assert the claims alleged in the FAC.

## FIFTH DEFENSE

Plaintiffs are barred from maintaining this action for failure to exhaust their administrative remedies, lack of ripeness or premature assertion.

## SIXTH DEFENSE

Plaintiffs are barred from maintaining this action due to the nonoccurrence of a condition precedent, specifically the improper promulgation and/or enforcement of Administrative Rules.

## SEVENTH DEFENSE

Defendants reserve the right to assert other defenses and matters constituting an avoidance or affirmative defense to the Complaint, including those set forth in Rule 8(c), Rule 9, Rule 12(b), and Rule 12(h) of the Federal Rules of Civil Procedure, which may become applicable as the result of further investigation, discovery, or trial in this matter.

WHEREFORE, Defendants respectfully pray and request that the Court:

A.   Dismiss the FAC in its entirety or otherwise deny the relief requested therein.

B.   Grant such further and other relief as this Court deems appropriate and equitable herein.

DATED:  Honolulu, Hawaiʻi, October 31, 2023.

/s/ Stuart N. Fujioka
PATRICK K. KELLY
STUART N. FUJIOKA
Deputy Attorneys General

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HELICOPTER ASSOCIATION INTERNATIONAL, SAFARI AVIATION, INC. d/b/a SAFARI HELICOPTERS HAWAIʻI,<br><br>                Plaintiff,<br><br>     v.<br><br>STATE OF HAWAIʻI; DEPARTMENT OF TRANSPORTATION, STATE OF HAWAIʻI; EDWIN SNIFFEN, in his official capacity as Director of Hawaiʻi Department of Transportation,<br><br>                Defendants. | CIVIL NO. 1:23-CV-00083-LEK-WRP<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address:

Served electronically through CM/ECF:

Calvert G. Chipchase
Lisa K. Swartzfager
Molly A. Olds
1000 Bishop Street, Suite 1200
Honolulu, Hawaiʻi 96813-4212
Telephone: (808) 521-9200

Email: cchipchase@cades.com
lswartzfager@cades.com
molds@cades.com

Attorneys for Plaintiffs HELICOPTER ASSOCIATION INTERNATIONAL and SAFARI AVIATION, INC. d/b/a SAFARI HELICOPTERS HAWAIʻI

DATED: Honolulu, Hawaiʻi, October 31, 2023.

/s/ Stuart N. Fujioka
PATRICK K. KELLY
STUART N. FUJIOKA

Attorneys for STATE OF HAWAIʻI; DEPARTMENT OF TRANSPORTATION, STATE OF HAWAIʻI and EDWIN SNIFFEN, in his official capacity as Director of the Hawaiʻi Department of Transportation