ANNE E. LOPEZ                    7609
Attorney General of Hawaiʻi

PATRICK K. KELLY                 7290
STUART N. FUJIOKA                4223
Deputy Attorneys General
Dept. of the Attorney General
465 S. King Street, Suite 300
Honolulu, Hawaiʻi  96813
Telephone:  (808) 587-2992
Email:  patrick.k.kelly@hawaii.gov
        stuart.n.fujioka@hawaii.gov

Attorneys for Defendants
STATE OF HAWAIʻI; DEPARTMENT OF
TRANSPORTATION, STATE OF
HAWAIʻI; and EDWIN SNIFFEN, in his official
capacity as Director of the Department of
Transportation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HELICOPTER ASSOCIATION INTERNATIONAL, SAFARI AVIATION, INC. d/b/a SAFARI HELICOPTERS HAWAIʻI,<br><br>            Plaintiff,<br><br>    v.<br><br>STATE OF HAWAIʻI; DEPARTMENT OF TRANSPORTATION, STATE OF HAWAIʻI; EDWIN SNIFFEN, in his official capacity as Director of | CIVIL NO. 1:23-CV-00083-LEK-WRP<br><br>DEFENDANT EDWIN SNIFFEN'S SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br><u>Scheduling Conference</u>:<br>Date:  November 13, 2023<br>Time: 9:30 a.m.<br>Magistrate Judge: Hon. Wes Reber Porter<br><br>Telephone conference |

892164_1

| Hawaiʻi Department of Transportation, |
|---|
| Defendants. |

### DEFENDANT EDWIN SNIFFEN'S SCHEDULING CONFERENCE STATEMENT

Defendant EDWIN SNIFFEN, in his official capacity as Director of Hawaiʻi Department of Transportation (Defendant), by and through his attorneys, Patrick K. Kelly and Stuart N. Fujioka, Deputy Attorneys General, hereby submits this Scheduling Conference Statement pursuant to Rule 16.2(b), Local Rules of Practice for the United States District Court for the District of Hawaiʻi.  As explained below, there are no remaining claims against the other Defendants in this matter.

I.      NATURE OF THE CASE

Plaintiffs are an organization of helicopter operators and a local air tour business who claim that they will be harmed by recent State legislation.  Act 311, enacted last year by the Hawaiʻi Legislature, revises Hawaii Revised Statutes (HRS) §261-12(b) to require that the Director of the Hawaiʻi Department of Transportation adopt rules regarding the submission of monthly reports containing certain basic information about tour aircraft operators.  This lawsuit challenges Act

892164_1

311—as well as possible rules that HDOT might, at some point in the future, adopt, on various theories related to federal preemption.

The First Amended Complaint (FAC) filed on May 8, 2023 alleged five counts.  Counts I-IV sought a Declaratory Judgment against the State of Hawaii (SOH) and Defendant that Act 311 is barred by Federal Preemption.  Count V sought a declaration against the SOH, Department of Transportation (HDOT) and Defendant (all Defendants) that Act 311 is in violation of a prior settlement reached in USDC Hawaii Civ. No. 90-00369.

On May 12, 2023, all Defendants filed a Motion to Dismiss the FAC in its entirety.  The matter was heard before the Hon. Leslie E. Kobayashi on September 29, 2023.  On October 17, 20223, the Court filed its Order granting the motion in part and denying it in part.  As the result of the Court's ruling, only Counts I-IV remain pending against the Defendant who, as the Director of the Department of Transportation, is responsible for adopting the rules called for in Act 311.

Defendant will continue to assert defenses including the failure to state a claim, sovereign immunity lack of ripeness, and failure to exhaust administrative remedies.  Administrative rules responsive to Act 311 have not yet been promulgated, and whether they are preempted by Federal Law remains a matter of

speculation. Furthermore, the Defendant's powers and obligations of enforcement remain so undefined as to preclude any declaratory ruling against him.

II. <u>JURISDICTION AND VENUE</u>

Defendant reserves the right to challenge subject matter jurisdiction on grounds including but not limited to: sovereign immunity; lack of ripeness; and failure to exhaust administrative remedies. Notwithstanding those jurisdictional challenges, venue appears proper.

III. <u>DEMAND FOR JURY TRIAL</u>

Plaintiffs have filed a demand for jury trial.

IV. <u>INITIAL DISCLOSURES</u>

Disclosures should be made in accordance with the Court's standard practice and the Rules of Civil Procedure.

V. <u>DISCOVERY/MOTIONS</u>

Formal discovery requests have not yet been exchanged. Defendant anticipates filing a motion for Dismissal and/or Summary Judgment upon completion of discovery.

VI. <u>SPECIAL PROCEDURES OR OTHER MATTERS</u>

Special Procedures do not appear necessary.

VII. <u>RELATED CASES</u>

Defendants are not aware of any related cases in this Court or state court.

VIII.   ADDITIONAL MATTERS

None.

IX.   SETTLEMENT

Defendants' and Plaintiffs' counsel have met and conferred by telephone. However, no settlement offers were exchanged.

DATED:  Honolulu, Hawaiʻi, November 6, 2023.

                                    /s/ Stuart N. Fujioka
                                    PATRICK K. KELLY
                                    STUART N. FUJIOKA

                                    Deputy Attorneys General

                                    Attorneys for Defendant
                                    EDWIN SNIFFEN, in his official capacity
                                    as Director of Hawaiʻi Department of
                                    Transportation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HELICOPTER ASSOCIATION INTERNATIONAL, SAFARI AVIATION, INC. d/b/a SAFARI HELICOPTERS HAWAI'I,<br><br>          Plaintiff,<br><br>     v.<br><br>STATE OF HAWAI'I; DEPARTMENT OF TRANSPORTATION, STATE OF HAWAI'I; EDWIN SNIFFEN, in his official capacity as Director of Hawai'i Department of Transportation,<br><br>          Defendants. | CIVIL NO. 1:23-CV-00083-LEK-WRP<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address:

//

//

892164_1

Served electronically through CM/ECF:

Calvert G. Chipchase
Lisa K. Swartzfager
Molly A. Olds
1000 Bishop Street, Suite 1200
Honolulu, Hawaiʻi 96813-4212
Telephone: (808) 521-9200

Email: cchipchase@cades.com
      lswartzfager@cades.com
      molds@cades.com

Attorneys for Plaintiffs HELICOPTER ASSOCIATION INTERNATIONAL and SAFARI AVIATION, INC. d/b/a SAFARI HELICOPTERS HAWAIʻI

DATED: Honolulu, Hawaiʻi, November 6, 2023.

/s/ Stuart N. Fujioka
PATRICK K. KELLY
STUART N. FUJIOKA
Attorneys for STATE OF HAWAIʻI; DEPARTMENT OF TRANSPORTATION, STATE OF HAWAIʻI and EDWIN SNIFFEN, in his official capacity as Director of the Hawaiʻi Department of Transportation